IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Wisconsin Mutual Insurance Company;<br><br>Plaintiff,<br><br>vs.<br><br>H & C SECURITY, INC., a California corporation; SIG 88 OC, LLC., a California Limited Liability Company; SIGNAL 88 SECURITY OF ATLANTA GA, INC., a Georgia corporation; SIGNAL 88 FRANCHISE GROUP, INC., a Delaware Corporation; and SIGNAL 88, LLC., a Delaware Limited Liability Company;<br><br>Defendants. | 8:22CV295<br><br>**SHOW CAUSE ORDER** |

Plaintiff filed this action on August 16, 2022. (Filing No. 1). Plaintiff has filed a summons returned executed as to Defendants H & C Security, Inc., Sig 88 OC, LLC, and Signal 88 Security of Atlanta GA, Inc. (Filing Nos. 24, 27, and 28). To date, none of these defendants have filed an answer or other responsive pleading and no explanation has been provided to the court regarding the failure to litigate claims against these defendants. Plaintiff has a duty to prosecute this case with reasonable diligence.

Accordingly,

IT IS ORDERED that Plaintiff shall have until December 30, 2022 to show cause why its claims against Defendants H & C Security, Inc., Sig 88 OC, LLC, and Signal 88 Security of Atlanta GA, Inc. should not be dismissed for want of prosecution. See NECivR 41.2. The failure to timely comply with this order may result in dismissal of the claims against these defendants without further notice.

Dated this 5th day of December, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge