IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Wisconsin Mutual Insurance Company,<br><br>Plaintiff,<br><br>vs.<br><br>H & C SECURITY, INC., a California corporation; SIGNAL 88 FRANCHISE GROUP, INC., a Delaware Corporation; and SIGNAL 88, LLC., a Delaware Limited Liability Company,<br><br>Defendants. | 8:22CV295<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on parties' Motion to Dismiss Defendant H&C Security, Inc., d/b/a Gold Coast Signal 88 Security Only with Prejudice (Filing No. 61). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all claims against H&C Security, Inc., d/b/a Gold Coast Signal 88 Security be dismissed with prejudice, pursuant to a settlement reached by the parties, with each party to pay their own costs.

Dated this 28th day of April, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge