IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Wisconsin Mutual Insurance Company;<br><br>Plaintiff,<br><br>vs.<br><br>SIGNAL 88 FRANCHISE GROUP, INC., a Delaware Corporation; and SIGNAL 88, LLC., a Delaware Limited Liability Company;<br><br>Defendants. | **8:22CV295**<br><br>**ORDER** |

As requested in the parties' motion, (Filing No. 73), which is hereby granted,

IT IS ORDERED that the final progression order is amended as follows:

1) The trial and pretrial conference will not be set at this time. A status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings is continued, and will now be held with the assigned magistrate judge on **March 21, 2024** at **9:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is January 16, 2024. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by January 30, 2024.

    **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3)        The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is March 15, 2024.

4)        The deadline for filing motions to dismiss and motions for summary judgment is April 19, 2024.

5)        The deadline for filing motions to exclude testimony on *Daubert* and related grounds is April 19, 2024.

6)        Motions in limine shall be filed seven days before the pretrial conference. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

7)        The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

8)        All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

January 2, 2024

                                                       BY THE COURT:

                                                       *s/ Cheryl R. Zwart*
                                                       United States Magistrate Judge