IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Wisconsin Mutual Insurance Company;<br><br>Plaintiff,<br><br>vs.<br><br>SIGNAL 88 FRANCHISE GROUP, INC., a Delaware Corporation; and SIGNAL 88, LLC., a Delaware Limited Liability Company;<br><br>Defendants. | 8:22CV295<br><br><br>ORDER SETTING TRIAL AND PRETRIAL CONFERENCE<br><br>(AMENDED) |

The Court grants the parties' Joint Motion to Continue Trial and Deadlines, Filing No. 94, as set forth herein after conferring with the parties.

Accordingly,

IT IS ORDERED:

1) The jury trial of this case currently set for October 28, 2024 is <u>continued</u> and is now set to commence before Joseph F. Bataillon, Senior United States District Judge, in Courtroom 3, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 8:30 a.m. on **August 4, 2025**, or as soon thereafter as the case may be called, for a duration of four (4) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference currently scheduled for October 4, 2024 is <u>continued</u> and is now scheduled to be held before the undersigned magistrate judge on **July 9, 2025** at 10:00 a.m., and will be conducted by internet conferencing. Conferencing instructions are located at Filing No. 79. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to deluca@ned.uscourts.gov, in Word format, by 5:00 p.m. on July 2, 2025.

3) Motions in limine and motions for pre-trial evidentiary hearings on the admissibility of evidence must be filed at least twenty-eight days prior to trial. **Each party may file no more than five (5) motions in limine. Motions for leave to file additional motions in limine should be directed to the trial judge.**

Dated this 27th day of September, 2024.

BY THE COURT:

<u>s/ Jacqueline M. DeLuca</u>

United States Magistrate Judge