IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Wisconsin Mutual Insurance Company, | ) ) ) | CASE NO. 8:22-cv-295 |
| Plaintiff, | ) ) ) ) | **SATISFACTION OF JUDGMENT - DEFENDANT SIG 88 OC, LLC AND DEFENDANT SIGNAL 88 SECURITY OF ATLANTA, GA, INC.** |
| vs. | ) ) ) | |
| 2027 VENTURES, LLC., et al. | ) ) | |
| Defendants. | ) ) | |

**COMES NOW**, Plaintiff Liberty Mutual Fire Insurance Company, by and through their counsel of record, hereby notifies this court of satisfaction of judgment regarding Defendants Sig 88 OC, LLC, and Signal 88 Security of Atlanta, GA, Inc..
In support of this satisfaction, Plaintiff states the following:

1. On August 16, 2022, Plaintiff filed a Complaint against Signal 88, LLC, and Signal 88 Franchise Group, Inc. (franchisors), Sig 88 OC, LLC, and Signal 88 Security of Atlanta, GA, Inc., under case number 8:22-CV-00295.

2. On December 20, 2023, this Court ordered Default Judgment against Defendant Sig 88 OC, LLC, in the amount of $113,727.48 plus costs of $80.40, plus interest.

3. On December 20, 2023, this Court ordered Default Judgment against Defendant Signal 88 Security of Atlanta, GA, Inc., in the amount of $77,480.75 plus costs of $80.40 plus interest.

4. In August 2025, Plaintiff reached settlement with federal Defendants Signal 88, LLC, and Signal 88 Franchise Group (franchisors).

5. As part of settlement with franchisors, the settlement amount included a satisfaction of judgment against Defendants Sig 88 OC, LLC, and Signal 88 Security of Atlanta, GA, Inc.

6. As of September 2, 2025, Plaintiff declares that the judgment has been satisfied in full.

7. Basis of satisfaction: Settlement without payment. The satisfaction of judgment did

not require Sig 88 OC, LLC, and Signal 88 Security of Atlanta, GA, Inc., to make payment to Plaintiff.

8. A copy of this satisfaction has been sent to the franchisors and Defendants Sig 88 OC, LLC, and Signal 88 Security of Atlanta, GA, Inc.

**WHEREFORE**, having identified satisfaction of judgment Plaintiff requests this Court enter this satisfaction on the docket.

By: _____

Conan Becknell, #27547
Engles, Ketcham, & Olson, PC.
1350 Woodmen Tower
1700 Farnam Street
Omaha, Nebraska 68102
(402) 348-0900
cbecknell@ekolaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above and foregoing was mailed electronically and via mail to the following by on September 2, 2025:

Michael Eversden
William Birkel
McGrath North Mullin & Kratz, PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE 68102
wbirkel@mcgrathnorth.com
meversden@mcgrathnorth.com
Counsel for Signal 88, LLC, and Signal 88 Franchise Group, Inc.

Sig 88 OC, LLC
CT Corporation System
330 N. Brand Blvd, Ste. 700
Glendale, CA 91203

Signal 88 Security of Atlanta, GA
CFO Mark McClure
6030 Hwy 19N
Dahlonega, GA 30533

/s/*Conan Becknell*
Conan Becknell