IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Wisconsin Mutual Insurance Company;<br><br>Plaintiff,<br><br>vs.<br><br>H & C SECURITY, INC., a California corporation; SIGNAL 88 FRANCHISE GROUP, INC., a Delaware Corporation; and SIGNAL 88, LLC., a Delaware Limited Liability Company,<br><br>Defendants. | 8:22CV295<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the plaintiff's Motion to Dismiss (Filing No. 111). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice with each party to pay their own costs.

Dated this 4th day of September, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge